UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Petition for Disciplinary Action against Paul Robert Hansmeier, a Minnesota Attorney, Registration No. 387795. | 16-mc-53 (JRT)<br><br>**ORDER OF SUSPENSION** |

Local Rule 83.5 of this Court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. By an order of the Minnesota Supreme Court, filed on September 12, 2016, Paul Robert Hansmeier, Class Justice, PLLC, 100 5th Street South, Suite 1900, Minneapolis, MN 55402, who had been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been suspended from the practice of law before the courts of the State of Minnesota, effective September 26, 2016.

Paul Robert Hansmeier has been admitted to practice as an attorney in this Court and **IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(d) of this Court that Paul Robert Hansmeier be and is hereby automatically suspended from the practice of law, effective September 26, 2016, and shall be ineligible to practice law before this Court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court. Paul Robert Hansmeier must notify each client being represented before this Court as of September 12, 2016 of his suspension.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this Order upon Paul Robert Hansmeier by mail and file proof of such service. This Order shall

- 2 -

serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(i)(1).  The Clerk of this Court is further directed to disable Paul Robert Hansmeier's ECF account on the effective date of his suspension so that he will be unable to file in any case, but that he will continue to receive notices of electronic filings (NEFs) in his cases at this email address: **mail@classjustice.org.**  Paul Robert Hansmeier must immediately notify the Clerk in writing if a different email address should be used for noticing purposes in ECF.  Paul Robert Hansmeier must continue to notify his clients about the status of their cases in this Court until the client obtains other counsel or the client has made a clear intention to proceed *pro se*.

DATED:  September 15, 2016          ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                                                Chief Judge
                                                    United States District Court