## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Petition for Disciplinary Action against Paul Robert Hansmeier, a Minnesota Attorney, Registration No. 387795. | 16-mc-53 JRT<br><br>**ORDER OF DISBARMENT** |

  Local Rule 83.5 of this Court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. By an order of the Minnesota Supreme Court, filed on April 22, 2020, Paul Robert Hansmeier, Class Justice, PLLC, 100 5th Street South, Suite 1900, Minneapolis, MN 55402, who had been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been disbarred from the practice of law before the courts of the State of Minnesota, effective April 22, 2020.

  Paul Robert Hansmeier has been admitted to practice as an attorney in this Court and has been previously suspended by this Court in case number 16-mc-53 JRT. He currently remains in suspended status before this Court. **IT IS THEREFORE ORDERED** pursuant to Local Rule 83.6(d) of this Court that Paul Robert Hansmeier be and is hereby automatically disbarred from the practice of law, effective April 22, 2020, and shall be ineligible to practice law before this Court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court. If reinstated by the Minnesota Supreme Court, he may apply for reinstatement in this Court.

  **IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this Order upon Paul Robert Hansmeier by mail and file proof of such service. This Order shall

- 2 -

serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(i)(1).

DATED: April 22, 2020                            s/John R. Tunheim
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                                      Chief Judge
                                         United States District Court